435 A.2d 1312

Security Insurance Co. of Hartford v. Kutner Buick, Appellant.

Argued September 8, 1980. Wilbur Greenberg, for appellant; Martin J. Kilstein, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.